■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY JEROME, Appellant. [851 NYS2d 885]-

The trial court's determination that the explanations provided by the People for exercising peremptory challenges to four black male venirepersons were not pretextual is supported by the record and will not be disturbed on appeal (*see Batson v Kentucky*, 476 US 79 [1986]; *Hernandez v New York*, 500 US 352, 359 [1991]; *People v Caraballo*, 238 AD2d 517 [1997]). Thus, the defendant's *Batson* challenge was properly denied. Mastro, J.P., Skelos, Lifson and Ritter, JJ., concur.